1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   MELCHOR NORCROSS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. MAG 13-085-DAD
                                )
12              Plaintiff,      )
                                )  STIPULATION AND ORDER
13      v.                      )
                                )
14 MELCHOR NORCROSS,            )  Date:  November 20, 2013
                                )  Time:  9:00 a.m.
15              Defendant.      )  Judge: Hon. Dale A. Drozd
                                )
16 _____)

17

18     IT IS HEREBY STIPULATED between the parties through their

19 respective counsel, ASHWIN JANAKIRAM, Special Assistant United States

20 Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender,

21 attorney for MELCHOR NORCROSS, that the Court vacate the court trial on

22 May 29, 2013 at 9:00 a.m. and set a new court trial on November 20,

23 2013 at 9:00 a.m.

24     The continuance is being requested to give the defendant time to

25 pay his fines to the State of California so that he can become a

26 licensed driver again.

27     The parties also  agree that the ends of justice served by

28 granting defendant's request for a continuance, outweigh the best

interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.

Dated:  May 21, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
MELCHOR NORCORSS

Dated: May 21, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Ashwin Janakiram
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: May 22, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
norcross0085.stipord.cont trial.wpd

Stipulation and Order                          -2-